UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASNIEL ZALDIVAR REGALADO, A-244-174-974 | No. 1:26-cv-02968-DC-DMC-HC |
| Petitioner, | |
| v. | ORDER |
| WARDEN, CALIFORNIA CITY CORRECTION CENTER, et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a motion for immediate release, ECF Nos. 1 and 2. The District Judge granted Petitioner's motion in part and referred the matter to the undersigned. See ECF No. 10. Respondents were ordered to provide Petitioner a bond hearing within fourteen days of the District Judge's order. See id. Accordingly, Respondents will be ordered to file a notice of compliance with the District Judge's order.

Respondents' opposition to motion for injunctive relief was filed as a joint motion to dismiss, ECF No. 7. Petitioner is directed to file an opposition, if any, to Respondents' motion to dismiss within twenty-one (21) days of the date of this order and Respondents shall have seven (7) days from the date of Petitioner's filing to file a response.

/ / /

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Respondents shall file a notice of compliance with the District Judge's order on or before June 2, 2026.

2.      Petitioner is directed to file an opposition, if any, to Respondents' motion to dismiss within twenty-one (21) days of the date of this order

3.      Respondent's reply, if any, is due on or before 7 days from the date Petitioner's opposition is filed.

4.      The Clerk of the Court is directed to update the docket to reflect the first named Respondent, Warden, California City Correction Center, as indicated in the petition, ECF No. 1, pg. 1.

5.      In order to ensure this court's jurisdiction to resolve the pending § 2241 petition, Respondent shall not transfer Petitioner outside of this judicial district, pending further order of the court.  See 28 U.S.C. § 1651(a) (establishing the All Writs Act which empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective jurisdictions . . . ."); see also F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (emphasizing that federal courts have the power to "to preserve the court's jurisdiction or maintain the status quo by injunction pending review of an agency's action").

Dated:  May 18, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2