UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASNIEL ZALDIVAR REGALADO, A-244-174-974<br><br>               Petitioner,<br><br>      v.<br><br>WARDEN, CALIFORNIA CITY CORRECTION CENTER, et. al.,<br><br>               Respondents. | No.  1:26-cv-02968-DC-DMC-HC<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The District Judge granted Petitioner's motion for injunctive relief in part, ordering Respondents to provide Petitioner a bond hearing "at which the government shall bear the burden of justifying Petitioner's continued detention by clear and convincing evidence." ECF No. 10. Respondents were directed to file a notice of compliance and a briefing schedule was set. See ECF No. 11.

Respondents timely filed a notice of compliance but the record of the bond hearing reflected that the burden was improperly placed on Petitioner, not the government. See ECF No. 12. Respondents filed a status update informing the Court that Respondents' counsel directed "the Executive Office of Immigration Review ("EOIR") to promptly schedule a new bond hearing

1

with the burden placed on the government." ECF No. 14, pg. 1. The new bond hearing is scheduled for June 9, 2026, and Respondents state they will file a status report, or updated notice of compliance, on June 11, 2026. See id.

In light of this, the briefing schedule set in ECF No. 11 will be vacated and reset herein. Petitioner is directed to file an opposition, if any, to Respondents' motion to dismiss within twenty-one (21) days of the date of this order and Respondents shall have seven (7) days from the date of Petitioner's filing to file a response.

In accordance with the above, IT IS HEREBY ORDERED that:

1.      Respondents shall file a notice of compliance with the District Judge's order on or before June 11, 2026.

2.      The briefing schedule in ECF No. 11 is VACATED;

3.      Petitioner is directed to file an opposition, if any, to Respondents' motion to dismiss within twenty-one (21) days of the date of this order

4.      Respondent's reply, if any, is due on or before 7 days from the date Petitioner's opposition is filed.

Dated:  June 5, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2